# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SWEENEY, JENNIFER MARIE § Case No. 14-11511
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/28/2014 . The undersigned trustee was appointed on 03/28/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        9,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 15.92 |
   | Bank service fees | 214.22 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 8,769.86 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 12/11/2014 and the deadline for filing governmental claims was 12/11/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,650.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,650.00 , for a total compensation of $ 1,650.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 47.83 , for total expenses of $ 47.83 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/11/2016    By:/s/JOSEPH E. COHEN
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 14-11511 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | SWEENEY, JENNIFER MARIE | | | | Date Filed (f) or Converted (c): | 03/28/14 (f) |
| | | | | | 341(a) Meeting Date: | 04/24/14 |
| For Period Ending: | 03/11/16 | | | | Claims Bar Date: | 12/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residential Location: 417 Wedgemere, | 222,500.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts (u) | 3,000.00 | 0.00 | | 0.00 | FA |
|    Checking account with Libertyville Bank & Trust | | | | | |
| 3. Household Goods (u) | 300.00 | 0.00 | | 0.00 | FA |
|    Miscellaneous household goods and furniture Location: 417 Wedgemere, Libertyville IL 60048 | | | | | |
| 4. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
|    Miscellaneous clothing Location: 417 Wedgemere, Libertyville IL 60048 | | | | | |
| 5. Vehicles | 13,200.00 | 0.00 | | 9,000.00 | FA |
|    2004 Lexus Location: 417 Wedgemere, Libertyville IL 60048 | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $239,200.00 | $0.00 | | $9,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE DRAFTING HIS TFR & NFR - 01/20/16. TRUSTEE TO PREPARE HIS TFR - Oct. 31, 2015. NO CHANGE - July 30, 2015. TRUSTEE TO REVIEW FILED PROOFS OF CLAIM - April 30, 2015. DEBTOR HAS PAID THE TRUSTEE PER THE COURT ORDER - Jan, 18, 2015. TRUSTEE NEGOTIATING WITH DEBTOR TO PURCHASE CAR BACK FROM TRUSTEE - July 17, 2014. TRUSTEE FILED MOTION TO APPROVE SALE OF CAR BACK TO DEBTOR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/16       Current Projected Date of Final Report (TFR): 02/28/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-11511 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | SWEENEY, JENNIFER MARIE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5779 Checking Account |
| Taxpayer ID No: | *******1841 | | | |
| For Period Ending: | 03/11/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/10/14 | 5 | JENNY SWEENEY | Sale of Vehicle | 1129-000 | 3,000.00 | | 3,000.00 |
| 10/06/14 | 5 | JENNY SWEENEY | Sale of Vehicle | 1129-000 | 3,000.00 | | 6,000.00 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 11/04/14 | 5 | JENNY SWEENEY | Sale of Vehicle | 1129-000 | 3,000.00 | | 8,990.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,980.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.49 | 8,967.51 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.33 | 8,954.18 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.31 | 8,940.87 |
| 02/27/15 | 300001 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 9.67 | 8,931.20 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,919.19 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.26 | 8,905.93 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.81 | 8,893.12 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.22 | 8,879.90 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.77 | 8,867.13 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.18 | 8,853.95 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.16 | 8,840.79 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 8,828.07 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.12 | 8,814.95 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.68 | 8,802.27 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.09 | 8,789.18 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.07 | 8,776.11 |
| 02/16/16 | 300002 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 6.25 | 8,769.86 |
| | | | Page Subtotals | | 9,000.00 | 230.14 | |

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 19.05f

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-11511 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | SWEENEY, JENNIFER MARIE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5779  Checking Account |
| Taxpayer ID No: | *******1841 | | |
| For Period Ending: | 03/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |
| --- | --- | --- |
| COLUMN TOTALS | 9,000.00 | 230.14 | 8,769.86 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,000.00 | 230.14 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 9,000.00 | 230.14 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********5779 | 9,000.00 | 230.14 | 8,769.86 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,000.00 | 230.14 | 8,769.86 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 19.05f

Case 14-11511   Doc 38   Filed 03/14/16   Entered 03/14/16 09:20:28   Desc Main
          Document      Page 6 of 9

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 11, 2016 |
|---|---|---|---|---|---|---|

Case Number: 14-11511  
Debtor Name: SWEENEY, JENNIFER MARIE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN | Administrative | | $0.00 | $1,697.83 | $1,697.83 |
| ADMIN 2<br>001<br>3110-00 | COHEN & KROL, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,682.50 | $2,682.50 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $9.67 | $9.67 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $6.25 | $6.25 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $20,894.27 | $20,894.27 |
| 000002<br>070<br>7100-00 | BMO Harris Bank N.A.<br>Attn: Retail Collections-BRK-180-RC<br>770 N. Water St.<br>Milwaukee, WI 53202 | Unsecured | | $0.00 | $50,212.15 | $50,212.15 |
| 000003<br>070<br>7100-00 | Weiman Silberman, LLC<br>30 N LaSalle Street<br>Suite 3100<br>Chicago, IL 60602 | Unsecured | | $0.00 | $15,931.75 | $15,931.75 |
| | Case Totals: | | | $0.00 | $91,434.42 | $91,434.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-11511
Case Name: SWEENEY, JENNIFER MARIE
Trustee Name: JOSEPH E. COHEN

| | | |
|---|---|---|
| Balance on hand | $ | 8,769.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 47.83 | $ 0.00 | $ 47.83 |
| Attorney for Trustee Fees: COHEN & KROL, Attorney | $ 2,682.50 | $ 0.00 | $ 2,682.50 |
| Other: Arthur B. Levine Company | $ 9.67 | $ 9.67 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 6.25 | $ 6.25 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,380.33 |
| Remaining Balance | $ | 4,389.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,038.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 20,894.27 | $ 0.00 | $ 1,053.74 |
| 000002 | BMO Harris Bank N.A. Attn: Retail Collections-BRK-180-RC 770 N. Water St. Milwaukee, WI 53202 | $ 50,212.15 | $ 0.00 | $ 2,532.31 |
| 000003 | Weiman Silberman, LLC 30 N LaSalle Street Suite 3100 Chicago, IL 60602 | $ 15,931.75 | $ 0.00 | $ 803.48 |

Total to be paid to timely general unsecured creditors    $ 4,389.53

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE