UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
SWEENEY, JENNIFER MARIE                 §       Case No. 14-11511
                                        §
         Debtor                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 04/08/2016 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                              Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SWEENEY, JENNIFER MARIE § Case No. 14-11511
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 9,000.00 |
| and approved disbursements of | $ | 230.14 |
| leaving a balance on hand of[1] | $ | 8,769.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 47.83 | $ 0.00 | $ 47.83 |
| Attorney for Trustee Fees: COHEN & KROL, Attorney | $ 2,682.50 | $ 0.00 | $ 2,682.50 |
| Other: Arthur B. Levine Company | $ 9.67 | $ 9.67 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 6.25 | $ 6.25 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,380.33 |
| Remaining Balance | | $ | 4,389.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,038.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 20,894.27 | $ 0.00 | $ 1,053.74 |
| 000002 | BMO Harris Bank N.A. Attn: Retail Collections-BRK-180-RC 770 N. Water St. Milwaukee, WI 53202 | $ 50,212.15 | $ 0.00 | $ 2,532.31 |
| 000003 | Weiman Silberman, LLC 30 N LaSalle Street Suite 3100 Chicago, IL 60602 | $ 15,931.75 | $ 0.00 | $ 803.48 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,389.53 |
| | Remaining Balance | | | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                              TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jennifer Marie Sweeney  
    Debtor

Case No. 14-11511-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mrahmoun     Page 1 of 1     Date Rcvd: Mar 16, 2016  
                  Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2016.

```
db         +Jennifer Marie Sweeney,    417 Wedgemere,    Libertyville, IL 60048-2946
aty        +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
21725967    ALEC,    Customer Service,    P.O. Box 31112,    Tampa, FL 33631-3112
22591629   +BMO Harris Bank N.A.,    Attn: Retail Collections-BRK-180-RC,    770 N. Water St.,
             Milwaukee, WI 53202-0002
21725969    BMO Harris Bank, N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
21725968   #Best Buy Credit Services,    HRS USA,    P.O. Box 688910,    Des Moines, IA 50368-8910
21725971    CHASE,    Cardmember Services,    P. O. Box 15298,    Wilmington, DE 19850-5298
21725970    Capital One,    Attn: Customer Service,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
22504307    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21725972   +Edwin Joseph Sweeney Jr.,    17526 W Windhaven Ct,    Grayslake, IL 60030-3056
21725973   +Weiman Silberman, LLC,    30 N LaSalle Street,    Suite 3100,    Chicago, IL 60602-2576
21725974   +William Petersen,    35845 Barberry Lane,    Gurnee, IL 60031-2109
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2016 at the address(es) listed below:

```
          E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@dandgpc.com
          Joel P Fonferko    on behalf of Creditor   BMO Harris Bank N.A., as successor to Harris Trust and
           Savings Bank ND-One@il.cslegal.com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
           ;gsullivan@cohenandkrol.com
          Joseph E Cohen    jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com;gsullivan@cohenandkrol.com
          Patrick J Hart    on behalf of Debtor 1 Jennifer Marie Sweeney patrickhartlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```