UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SWEENEY, JENNIFER MARIE | § | Case No. 14-11511 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 207,800.00 *(Without deducting any secured claims)* | Assets Exempt: 21,600.00 |
| Total Distributions to Claimants:  4,389.53 | Claims Discharged Without Payment:  101,696.64 |
| Total Expenses of Administration:  4,610.47 | |

3) Total gross receipts of $ 9,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 9,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 364,635.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,610.47 | 4,610.47 | 4,610.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 105,609.00 | 87,038.17 | 87,038.17 | 4,389.53 |
| **TOTAL DISBURSEMENTS** | $ 470,244.00 | $ 91,648.64 | $ 91,648.64 | $ 9,000.00 |

4) This case was originally filed under chapter 7 on 03/28/2014 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __06/03/2016_____ By:/s/JOSEPH E. COHEN _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles | 1129-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank, N.A. 111 West Monroe Street Chicago, IL 60603 | | 115,000.00 | NA | NA | 0.00 |
| | BMO Harris Bank, N.A. P.O. Box 367 Arlington Heights, IL 60006 | | 249,635.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 364,635.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 47.83 | 47.83 | 47.83 |
| ADAMS-LEVINE | 2300-000 | NA | 6.25 | 6.25 | 6.25 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 9.67 | 9.67 | 9.67 |
| ASSOCIATED BANK | 2600-000 | NA | 214.22 | 214.22 | 214.22 |
| COHEN & KROL | 3110-000 | NA | 1,788.34 | 1,788.34 | 1,788.34 |
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | 3110-000 | NA | 894.16 | 894.16 | 894.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,610.47 | $ 4,610.47 | $ 4,610.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALEC Customer Service P.O. Box 31112 Tampa, FL 33631-3112 | | 2,743.00 | NA | NA | 0.00 |
| | Best Buy Credit Services HRS USA P.O. Box 688910 Des Moines, IA 50368-8910 | | 3,495.00 | NA | NA | 0.00 |
| | CHASE Cardmember Services P. O. Box 15298 Wilmington, DE 19850-5298 | | 2,810.00 | NA | NA | 0.00 |
| | William Petersen 35845 Barberry Lane Gurnee, IL 60031 | | 10,000.00 | NA | NA | 0.00 |
| 000002 | BMO HARRIS BANK N.A. | 7100-000 | 50,000.00 | 50,212.15 | 50,212.15 | 2,532.31 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 20,629.00 | 20,894.27 | 20,894.27 | 1,053.74 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | WEIMAN SILBERMAN, LLC | 7100-000 | 15,932.00 | 15,931.75 | 15,931.75 | 803.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 105,609.00 | $ 87,038.17 | $ 87,038.17 | $ 4,389.53 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No:     14-11511   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:     JOSEPH E. COHEN |
| Case Name:   SWEENEY, JENNIFER MARIE | Date Filed (f) or Converted (c):   03/28/14 (f) |
| | 341(a) Meeting Date:   04/24/14 |
| For Period Ending:  06/03/16 | Claims Bar Date:   12/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residential Location: 417 Wedgemere, | 222,500.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| Checking account with Libertyville Bank & Trust | | | | | |
| 3. Household Goods (u) | 300.00 | 0.00 | | 0.00 | FA |
| Miscellaneous household goods and furniture Location: 417 Wedgemere, Libertyville IL 60048 | | | | | |
| 4. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Miscellaneous clothing Location: 417 Wedgemere, Libertyville IL 60048 | | | | | |
| 5. Vehicles | 13,200.00 | 0.00 | | 9,000.00 | FA |
| 2004 Lexus Location: 417 Wedgemere, Libertyville IL 60048 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $239,200.00          $0.00          $9,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE May 13, 2016, 11:35 am

TRUSTEE DRAFTING HIS TFR & NFR - 01/20/16. TRUSTEE TO PREPARE HIS TFR - Oct. 31, 2015. NO CHANGE - July 30, 2015. TRUSTEE TO REVIEW FILED PROOFS OF CLAIM - April 30, 2015.  DEBTOR HAS PAID THE TRUSTEE PER THE COURT ORDER - Jan, 18, 2015.  TRUSTEE NEGOTIATING WITH DEBTOR TO PURCHASE CAR BACK FROM TRUSTEE - July 17, 2014. TRUSTEE FILED MOTION TO APPROVE SALE OF CAR BACK TO DEBTOR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/16          Current Projected Date of Final Report (TFR): 02/28/16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 14-11511   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN | |
| Case Name: | SWEENEY, JENNIFER MARIE | | Date Filed (f) or Converted (c): | 03/28/14 (f) | |
| | | | 341(a) Meeting Date: | 04/24/14 | |
| | | | Claims Bar Date: | 12/11/14 | |

Ver: 19.06a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-11511 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SWEENEY, JENNIFER MARIE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5779  Checking Account |
| Taxpayer ID No: | *******1841 | | |
| For Period Ending: | 06/03/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/10/14 | 5 | JENNY SWEENEY | Sale of Vehicle | 1129-000 | 3,000.00 | | 3,000.00 |
| 10/06/14 | 5 | JENNY SWEENEY | Sale of Vehicle | 1129-000 | 3,000.00 | | 6,000.00 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 11/04/14 | 5 | JENNY SWEENEY | Sale of Vehicle | 1129-000 | 3,000.00 | | 8,990.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,980.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.49 | 8,967.51 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.33 | 8,954.18 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.31 | 8,940.87 |
| 02/27/15 | 300001 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 9.67 | 8,931.20 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,919.19 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.26 | 8,905.93 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.81 | 8,893.12 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.22 | 8,879.90 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.77 | 8,867.13 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.18 | 8,853.95 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.16 | 8,840.79 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 8,828.07 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.12 | 8,814.95 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.68 | 8,802.27 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.09 | 8,789.18 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.07 | 8,776.11 |
| 02/16/16 | 300002 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 6.25 | 8,769.86 |

Page Subtotals                9,000.00        230.14

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-11511 -ABG | |
| Case Name: | SWEENEY, JENNIFER MARIE | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******5779  Checking Account | |

| | |
|---|---|
| Taxpayer ID No: | *******1841 |
| For Period Ending: | 06/03/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/08/16 | 300003 | JOSEPH E. COHEN<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Claim ADMIN 1, Payment 100.00000%<br>Trustee Fees<br>Trustee Fees<br>　　　Fees　　　1,650.00<br>　　　Expenses　　　47.83 | <br><br><br>2100-000<br>2200-000 | | 1,697.83 | 7,072.03 |
| 04/08/16 | 300004 | JOSEPH E. COHEN, Attorney for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 894.16 | 6,177.87 |
| 04/08/16 | 300005 | COHEN & KROL, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | 3110-000 | | 1,788.34 | 4,389.53 |
| 04/08/16 | 300006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 5.04320% | 7100-000 | | 1,053.74 | 3,335.79 |
| 04/08/16 | 300007 | BMO Harris Bank N.A.<br>Attn: Retail Collections-BRK-180-RC<br>770 N. Water St.<br>Milwaukee, WI 53202 | Claim 000002, Payment 5.04322% | 7100-000 | | 2,532.31 | 803.48 |
| 04/08/16 | 300008 | Weiman Silberman, LLC<br>30 N LaSalle Street<br>Suite 3100<br>Chicago, IL 60602 | Claim 000003, Payment 5.04326% | 7100-000 | | 803.48 | 0.00 |

Page Subtotals　　　　　0.00　　　　8,769.86

Ver: 19.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 14-11511  -ABG |
| Case Name: | SWEENEY, JENNIFER MARIE |
| Taxpayer ID No: | *******1841 |
| For Period Ending: | 06/03/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5779  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,000.00 | 9,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 9,000.00 | 9,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,000.00 | 9,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******5779 | 9,000.00 | 9,000.00 | 0.00 |
| | 9,000.00 | 9,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*